UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:22-mj-66 DDN |
| | ) | |
| ASHEAN LOGGINS | ) | |
| | ) | |
| Defendant. | ) | |

## SUPPLEMENTAL FILING REGARDING DETENTION

COMES NOW the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Lisa M. Yemm, Assistant United States Attorneys for said District, and supplements its previous Motion for Pretrial Detention and Hearing as follows:

On March 29, 2022, law enforcement received information that there is currently an American Airlines flight booked in Defendant's name leaving St. Louis at 5:39 AM the morning of March 31, 2022, connecting in Dallas Fort Worth, with an ending destination of Sacramento International Airport in California.  As stated in the Government's previous motion for detention, Defendant previously fled to California immediately following his commission of the crimes with which he is charged.

        Respectfully submitted,

        SAYLER A. FLEMING
        United States Attorney

        */s/ Lisa M. Yemm*
        LISA M. YEMM, #64601MO
        Assistant United States Attorney
        111 S. Tenth Street, 20th Floor
        St. Louis, Missouri 63102
        (314) 539-2200
        Lisa.yemm@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 30, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Attorney for Defendant.

                                        */s/ Lisa M. Yemm*
                                        LISA M. YEMM, #64601MO
                                        Assistant United States Attorney